United States District Court
Southern District of Texas
ENTERED
SEP 21 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
SEP 21 1998
Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARCELINA ESPINOZA, Individually and on behalf of Estate of ADRIAN ESPINOZA and JOSE E. ESPINOZA<br><br>VS.<br><br>JOSE LUIS SANCHEZ, Individually and in his Official Capacity | §<br>§<br>§<br>§<br>§  CIVIL ACTION NO. B-96-71<br>§<br>§<br>§<br>§ |

## ORDER GRANTING DEFENDANTS' MOTION TO STAY

BE IT REMEMBERED that on this day came on for consideration the Defendant's Motion to Stay in the above-referenced cause of action. Upon consideration of said Motion, the Court is of the opinion that same should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED, that Defendant's Motion to Stay is hereby GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that all proceedings in this Court in the above-referenced matter are stayed pending resolution of Defendant's interlocutory appeal on qualified immunity grounds.

SIGNED for entry on the 21ST day of SEPT, 1998.

UNITED STATES MAGISTRATE JUDGE