1mv

68

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
SEP 22 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
SEP 22 1998
Michael N. Milby, Clerk

MARCELINA ESPINOZA, ET AL    *
                             *
    VS                       *    C.A. NO. B96 071
                             *
JOSE LUIS SANCHEZ, Individually *
and in his Official Capacity

## MEMORANDUM ORDER

Before this Court are a few pretrial motions that appear as pending on the computerized six-month report. Upon consideration, this Court finds the following:

44-1    Motion to Quash is now **moot**.

51-1    Motion for Leave to File Original Answer should be **granted**.

53-1    Motion to Quash is now **moot**.

53-2    Motion for Expedited Hearing is now **moot**.

56-1    Motion to Re-Urge Defendant's Motion for Separate Trials should be **granted**.

**IT IS SO ORDERED.**

DONE at Brownsville, Texas, this 22nd day of September, 1998.

John Wm. Black
United States Magistrate Judge