lmv

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARCELINA ESPINOZA, ET AL | * | |
| VS | * | C.A. NO. B96 071 |
| | | (636(c)--FGG) |
| JOSE LUIS SANCHEZ | * | |

### ORDER SETTING STATUS CONFERENCE

A **status conference** in above-captioned and numbered cause of action is hereby set for **October 15, 1998, at 1:30 p.m.**

DONE at Brownsville, Texas, this 24th day of September, 1998.

_____
John Wm. Black
United States Magistrate Judge
2nd Floor, Courtroom No. 2
1001 E. Elizabeth
Brownsville, TX 78520

ClibPDF - www.fastio.com