74

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

APR 1 4 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## ORDER

| | | |
|---|---|---|
| MARCELINA ESPINOZA, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-96-071 |
| | § | |
| JOSE LUIS SANCHEZ | § | |

TYPE OF CASE:       __X__ CIVIL                                   ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:                                                                      ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**            SECOND FLOOR COURTROOM, #2
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                                            DATE AND TIME:

                                                                            **APRIL 28, 2000 AT 1:30 P.M.**

                                                            _____
                                                            JOHN WM. BLACK, U.S MAGISTRATE JUDGE

DATE:    APRIL 13, 2000

TO:      MR. KEITH LIVESAY
         MR. CHARLES WILLETTE
         MR. GEORGE KRAEHE