76

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 3 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MARCELINA ESPINOZA, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-96-071 |
| § | |
| JOSE LUIS SANCHEZ § | |

**ORDER**

On this day came on to be considered the **status conference** in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1) All discovery in this case must be completed by **September 8, 2000.** If additional time is required, a motion requesting such extension must be filed no later than **August 25, 2000.** Failure to file such motion shall preclude further discovery.

(2) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3) Mediation shall be completed before **September, 2000.**

(4) A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **October 13, 2000.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(5) A final pretrial and settlement conference is set for **October 13, 2000 at 2:30 P.M.**

(6) Final Pretrial is set for **November 2, 2000 at 8:30 A.M.** before Judge Filemon B. Vela. Jury selection is set for **November 3, 2000 at 8:30 A.M.** before Judge Filemon B. Vela.

(7) Trial on the merits is set for **November 2000,** docket call.

DONE at Brownsville, Texas, on this 28th day of April, 2000.

_____
John Wm. Black
United States Magistrate Judge

ClibPDF - www.fastio.com