79

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED
SEP 0 7 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARCELINA ESPINOZA, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-96-071 |
| | § | |
| JOSE LUIS SANCHEZ | § | |

TYPE OF CASE:   __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**HEARING ON DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT**

| PLACE: | ROOM NO.: |
|---|---|
| **UNITED STATES FEDERAL COURTHOUSE** | **SECOND FLOOR COURTROOM, #2** |
| **600 E. HARRISON STREET** | |
| **BROWNSVILLE, TEXAS** | DATE AND TIME: |
| | **OCTOBER 23, 2000 AT 1:30 P.M.** |

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   SEPTEMBER 6, 2000

TO:   MR. MICHAEL COWEN
      MR. CHARLES WILLETTE
      MR. GEORGE KRAEHE