IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARCELINA ESPINOZA, Individually and on behalf of Estate of ADRIAN ESPINOZA and JOSE E. ESPINOZA | § § § § | |
| VS. | § § § | CIVIL ACTION NO. B-96-71 |
| JOSE LUIS SANCHEZ, Individually and in his Official Capacity | § § § | |

## ORDER SETTING HEARING

On this the _19_ day of _SEPT_ came on to be considered Defendant's Unopposed Motion to Enlarge Time to File Joint Final Pretrial Order. After considering same, the Court is of the opinion that a hearing should be held.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that Defendant's Unopposed Motion to Enlarge Time to File Joint Final Pretrial Order be and is hereby set for hearing on the _23_ day of _OCT_, _2000_ at _1:30_ .m. o'clock in this Honorable Court.

SIGNED FOR ENTRY on this the _19_ day of _SEPT_, 2000.

_____
UNITED STATES MAGISTRATE