84

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
FILED

OCT 1 0 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARCELINA ESPINOZA, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-96-071 |
| | § | |
| JOSE LUIS SANCHEZ | § | |

TYPE OF CASE:      __X__ CIVIL                              ____ CRIMINAL

**TAKE NOTICE that the proceeding in this case has been continued as indicated below:**

TYPE OF PROCEEDING:

**HEARING ON DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT AND HEARING ON DEFENDANT'S UNOPPOSED MOTION TO ENLARGE TIME TO FILE THE FINAL JOINT PRETRIAL ORDER**

PLACE:                                                              ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**        **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED:      CONTINUED TO DATE AND TIME:

**OCTOBER 13, 2000 AT 2:30 P.M.**                **OCTOBER 23, 2000 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   OCTOBER 10, 2000

TO:     MR. MICHAEL COWEN
        MR. CHARLES WILLETTE
        MR. GEORGE KRAEHE