87

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 27 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARCELINA ESPINOZA, Individually and on behalf of Estate of ADRIAN ESPINOZA and JOSE E. ESPINOZA | § § § § | |
| VS. | § § | CIVIL ACTION NO. B-96-71 |
| JOSE LUIS SANCHEZ, Individually and in his Official Capacity | § § § | |

## AGREED ORDER FOR DISMISSAL

Be it remembered, on this day, came on to be considered, the above-entitled numbered matter wherein Jose Luis Sanchez, individually and in his official capacity, is a named Defendant. Upon consideration of the announcement of the parties informing the Court that this matter has been compromised and settled, the Court is of the opinion that a Dismissal is warranted and should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED that all claims, including but not limited to, all claims under 42 U.S.C. §§ 1981, 1983, 1985, and 1988, under the Texas Tort Claims Act, TEX. CIV. PRAC. & REM. CODE ANN. chs. 101 and 106 (Vernon 2000), for negligence, gross negligence, assault and battery, false arrest, and false imprisonment brought by Marcelina Espinoza, Individually and on Behalf of the Estate of Adrian Espinoza, and Jose E. Espinoza, in the above-referenced matter against Defendant Jose Luis Sanchez, individually and in his official capacity, be and are DISMISSED with prejudice.

- 6 -

IT IS FURTHER ORDERED, ADJUDGED and DECREED that taxable costs of court incurred to date by Plaintiffs and Defendant be paid by party incurring same as previously agreed to by these parties. Any and all other relief which may have been sought in this cause, whether prayed for or not, is hereby DENIED.

Signed on this 22nd day of December, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

APPROVED AND AGREED TO BY:

_____
Michael Cowen, Attorney for Plaintiffs


_____
George C. Kraehe, Attorney for Defendant